NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG OPERON INC.,
*Petitioners.*

---

Miscellaneous Docket No. 995

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0283, Judge T. John Ward.

---

## ON PETITION

---

## O R D E R

Upon consideration of Life Technologies Corporation and Applied Biosystems, LLC's (Life Tech.) motion to withdraw Kurtis D. MacFerrin and Cora L. Schmid as counsel for Life Tech,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 1 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas M. Peterson, Esq.
Kenneth E. Keller, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2011

JAN HORBALY
CLERK